IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>LIAN HUA LI<br>and<br>MICHAEL MILLS,<br><br>    Defendants. | Case No. 18- 40053-01/02-DDC |

## SEALED INDICTMENT

The Grand Jury charges:

At all material times:

**INTRODUCTION**

1. Between 2015 and continuing to on or about the return of the Indictment, the defendant, Lian Hua Li ("Li") and Michael Mills ("Mills"), and others known and unknown to the Grand Jury, conspired and agreed with each other to operate massage parlors that were fronts for illegal prostitution operations.

2. Beginning in 2015, and continuing to on or about the return of the Indictment, Li operated Sunflower Massage (formerly known as Jasmine Massage) in Topeka, Kansas. Beginning in 2016, and continuing to on or about the return of the Indictment, Li operated S-Therapy, in Salina, Kansas. These businesses operated mostly on a cash basis.

3. Mills is an associate of Li. Mills transported female sex workers from the airport to various illegal massage parlors. Mills also assisted in the laundering of cash proceeds obtained from the commercial sex acts that occurred at the illegal massage parlors.

4. In an attempt to conceal the illegal activity at the massage parlors, Li and Mills laundered over $14,195 in cash proceeds at the Prairie Band Casino in Mayetta, Kansas, and over $2,020 in cash proceeds at the Kansas Star Casino in Mulvane, Kansas. Li and Mills ran currency in denominations of $10 and $20 bills through the slot machines, without any play. Instead, Li and Mills printed ticket vouchers in larger dollar amounts, allowing them to change the smaller bills into larger bills. Li and Mills also cashed in $10 and $20 bills at the cashier, in exchange for larger bills.

## COUNT 1
## Conspiracy – 18 U.S.C. § 371

5. Paragraphs 1 through 4 are incorporated herein by reference as though fully restated.

6. Beginning in or about 2015, and continuing to on or about the date of the return of the Indictment, in the District of Kansas, the defendants,

**LIAN HUA LI**
**and**
**MICHAEL MILLS,**

conspired and agreed with each other and with other persons both known and unknown to the Grand Jury, to commit offenses against the United States, hereafter described, that is: Interstate transportation in aid of racketeering enterprises, in violation of Title 18, United States Code, Section 1952.

**Overt Acts**

7.       In furtherance of the conspiracy and scheme, and to accomplish the purposes and objectives of the conspiracy, one or more coconspirators committed overt acts in the District of Kansas and elsewhere, including but not limited to the allegations set forth in paragraphs 1 through 6 above, and the substantive crimes set forth in Count 2, 3, 5 - 8.

This was in violation of Title 18, United States Code, Section 371.

## COUNT 2
**Interstate Transportation in Aid of Racketeering Enterprises**

8.       Paragraphs 1 through 7 are incorporated herein by reference as though fully restated.

9.       Beginning on or about May 2015, and continuing to on or about the date of the return of the Indictment, in the District of Kansas and elsewhere, the defendants,

**LIAN HUA LI
and
MICHAEL MILLS,**

used facilities of interstate commerce, namely telephones, wires, and the internet, to facilitate the promotion, management, establishment, or carrying on of unlawful activity, that is, prostitution.

This was in violation of 18 U.S.C. §§ 1952(a)(3) and (b)(i)(1), and § 2.

## COUNT 3
**Interstate Transportation in Aid of Racketeering Enterprises**

10.      Paragraphs 1 through 9 are incorporated herein by reference as though fully restated.

11.      Beginning on or about May 2015, and continuing to on or about the date of the return of the Indictment, in the District of Kansas and elsewhere, the defendants,

**LIAN HUA LI**
**and**
**MICHAEL MILLS,**

used facilities of interstate commerce, namely telephones, wires, and the internet, to distribute the proceeds of any unlawful activity, that is, prostitution.

This was in violation of 18 U.S.C. §§ 1952(a)(1) and (b)(i)(1), and § 2.

### COUNT 4
### Conspiracy – 18 U.S.C. § 1956(h)

12.   Paragraphs 1 through 11 are incorporated herein by reference as though fully restated.

13.   Beginning in at least 2015, and continuing to on or about the date of the return of the Indictment, in the District of Kansas, the defendants,

**LIAN HUA LI**
**and**
**MICHAEL MILLS,**

knowingly conspired, and agreed with each other, and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, namely, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, namely:  Interstate transportation in aid of racketeering enterprises, in violation of Title 18, United States Code, Section 1952, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and intended to promote the carrying on of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the

financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

This was in violation of Title 18, United States Code, Sections 1956(h) and 2.

### COUNT 5 - 8
### Laundering of Monetary Instruments

14.     Paragraphs 1 through 13 are incorporated herein by reference as though fully restated.

15.     On or about the dates set forth below, in the District of Kansas and elsewhere, the defendants,

**LIAN HUA LI**
**and**
**MICHAEL MILLS,**

knowingly conducted and attempted to conduct financial transactions affecting interstate and foreign commerce, as set forth below, which involved the proceeds of a specified unlawful activity, namely:  use of a facility of interstate commerce to promote and establish prostitution, in violation of 18 U.S.C. § 1952, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

| Count | Date | Transaction |
|---|---|---|
| 5 | 10/7/2015 | Li inserted $1,300 in $20 bills into slot machines at Prairie Band Casino, but printed vouchers without playing. |
| 6 | 10/31/2015 | Li inserted $3,000 in $20 bills into slot machines at Prairie Band Casino, but printed vouchers without playing. |

| 7 | 2/26/2016 | Li and Mills inserted $4,020 in $20 bills into slot machines at Prairie Band Casino, but printed vouchers without playing. |
| 8 | 2/25/2017 | Li and Mills inserted $1,010 in $5, $10, and $20 bills into slot machines at Kansas Star Casino, but printed vouchers without playing. |

This was in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), and 2.

## FORFEITURE ALLEGATION

16. The allegations contained in paragraphs 1 – 15 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

17. Upon conviction of the offense identified in Counts 1, 2, and 3, the defendants,

**LIAN HUA LI
and
MICHAEL MILLS,**

shall forfeit to the United States, pursuant to Title18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461, any property, real or personal, involved in such offenses and any property traceable to such property.

### Money Laundering Forfeitures

18. The allegations contained in paragraphs 1 – 17 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

19. Upon conviction of the offenses identified in Counts 4 - 8 of this Indictment, the defendants,

**LIAN HUA LI**
**and**
**MICHAEL MILLS,**

shall forfeit to the United States of America any property, real or personal, involved in such offenses, or any property traceable to such property.

                                                      A TRUE BILL.

Dated:  May 30, 2018                                  s/Foreperson
                                                                           FOREPERSON

s/ Christine E. Kenney, # 13542 for
STEPHEN R. MCALLISTER
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
stephen.mcallister@usdoj.gov
Ks. S. Ct. No. 15845

(It is requested that trial of the above captioned case be held in Topeka, Kansas.)