**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Skipper Jacobs for Christine Kenney |
|---|---|
| Plaintiff, | |
| v. | Case No: 18-40053-02-DDC |
| MICHAEL MILLS, | Jason Hoffman, CJA |
| Defendant. | |

| JUDGE: | Judge Sebelius | DATE: | 6/7/2018 |
|---|---|---|---|
| CLERK: | Sheryl Gilchrist | TAPE/REPORTER: | FTR Network @ 3:02 PM |
| INTERPRETER: | | PROBATION: | Christina Stapp |

## PROCEEDINGS

☒Initial Rule 5/Rule 5(c)(3) – 17 min.   ☐Initial Revocation Hearing – min.   ☐Bond Hearing – min.
☐Detention Hearing – waived   ☐Preliminary Hearing – min.   ☐Bond Revocation Hearing – min.
☒Arraignment – 1 min.   ☐Pretrial Conference
☒Discovery Conference – 1 min.

☒Charges and penalties explained to defendant   ☒Defendant sworn/examined re: financial status
☒Counsel appointed

☒Constitutional Rights Explained
☒Felony   ☐Misdemeanor
☐Declines to Waive Indictment   ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment   ☐Information filed Click here to enter text.
☐Advised of Rights Under Rule _____
☐Signed Consent to Transfer _____

☒ Waived Reading of:   ☐ Read to Defendant:
   ☒ Indictment
   ☐ Information
   ☒ Number of Counts: 8 + forfeiture
☐Guilty   ☒Not Guilty
☐Bail Revoked
☒Bail Fixed at:  Unsecured O/R
☒Release Order executed  ☐Continued on Present Bail
☐Remanded to Custody

☒Case Management Order will be issued by Magistrate Judge Sebelius
☒Scheduling and Status Conference:   7/30/18  @ 9:00 AM before Judge Crabtree
☐Defendant's next appearance: _____ @ before _____

☒OTHER:  Defendant appears in person and the court appoints Jason Hoffman, CJA attorney, to represent the defendant.  Government does not request pretrial detention.  The court orders defendant released on pretrial conditions with an unsecured O/R bond. Defendant enters a not guilty plea to the charges in the indictment.