AO 442 (Rev. 10/03) Warrant for Arrest

**SEALED**

**FILED**
JUN 08 2018
Clerk, U.S. District Court
Kansas
_____ Deputy Clerk

# United States District Court

DISTRICT OF _Kansas_

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| MICHAEL MILLS | CASE NUMBER: 18-40053-02-DDC |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MICHAEL MILLS___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

SEALED
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

Ct. 1:   18 U.S.C. § 371                  Conspiracy
Ct. 2:   18 U.S.C. § 1952(a)(3)           Interstate Transportation in Aid of Racketeering Enterprises
Ct. 3:   18 U.S.C. § 1956(h)              Conspiracy
Cts. 4 - 6: 18 U.S.C. § 1956(a)(1)(B)(i)  Money Laundering

in violation of ___18___ United States Code, Section(s) ___371___

UNITED STATES MARSHAL RECEIVED 2018 MAY 30 PM 12:03 TOPEKA, KS

| TIMOTHY M. O'BRIEN | [signature] deputy clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | May 30, 2018            at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant ___Michael Mills___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFI| SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-7-2018 | | |
| DATE OF ARREST | FBI TFO Sam Harvey | [signature] |
| 6-7-2018 | | |