IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   *Plaintiff,*

**v.**             Case No. **18-40053-02-DDC**

**MICHAEL MILLS,**
   *Defendant.*

___

### ORDER APPOINTING COUNSEL
___

NOW on this 7th day of June, 2018, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, appoints Jason P. Hoffman as counsel for Michael Mills pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective June 6, 2018.

          s/ K. Gary Sebelius_____
          The Honorable K. Gary Sebelius
          United States Magistrate Judge