IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | No. 18-40053-02-HLT |
| | } | |
| MICHAEL MILLS | } | |
| | } | |
| Defendant. | } | |

# MOTION

The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney, and the defendant Michael Mills, by and through his attorney, Jason P. Hoffman, jointly move the Court for an Order approving deferred prosecution, as contemplated by 18 U.S.C. § 3161(h)(2), and delayed discovery, as required by Fed. R. Crim. P. 12, 12.1, 12.2, 16, 26.2; Title 18, United States Code, §3500; Fed. R. Evid. 404(b); *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150 (1970) and their progeny, during the period ending April 23, 2020.

In support of this motion, the parties state that on April 23, 2019, an Agreement for Pretrial Diversion was executed by the parties, in which the United States agreed to defer prosecution of the offense charged in the Indictment for a period of twelve (12) months from the date of the agreement, and the defendant voluntarily and with the advice of his counsel, consented to such deferred prosecution and waived any defense to prosecution on the ground that a speedy trial had been denied.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

S/Christine E. Kenney
KS Sup. Ct. # 13542
Assistant U.S. Attorney
444 SE Quincy, Suite 290
Topeka, Kansas   66683
Telephone: (785) 295-2850
Fax: (785) 295-2853
E-mail: christine.kenney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23 day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the appropriate counsel of record.

s/Christine E. Kenney
KS SUP. CT., #13542
Assistant U.S. Attorney