# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| v. | Case No. 5:18-CR-40053-02-HLT |
| MICHAEL MILLS, | |
| **Defendant.** | |

## ORDER

The United States of America and Defendant Michael Mills jointly move for an order approving deferred prosecution and delayed discovery until April 23, 2020. Doc. 22. The parties explain that on April 23, 2019, they executed an agreement for pretrial diversion. In this agreement, the United States agreed to defer prosecution for a period of twelve months, and Mr. Mills agreed to deferred prosecution and waived any defense to prosecution on the ground that speedy trial had been denied. After reviewing the record and applicable law, the Court grants the motion.

THE COURT THEREFORE ORDERS that the parties' joint motion to defer prosecution and delay discovery (Doc. 22) is GRANTED.

THE COURT FURTHER ORDERS that deferred prosecution and the delay of discovery is approved through April 23, 2020.

IT IS SO ORDERED.

Dated: April 23, 2019                    /s/  *Holly L. Teeter*
                                                               HOLLY L. TEETER
                                                                UNITED STATES DISTRICT JUDGE